IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL ACTION NO. 3:06-00143
                                                  (CIVIL ACTION NO. 3:09-0304)

BILL GREEN

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that counsel be appointed for the defendant and that he be brought before the Court for re-sentencing.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that counsel be appointed to represent the defendant. A re-sentencing hearing is scheduled for **March 15, 2010,** at **3:00 p.m.**

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, Rebecca Jarvis in the office of the Federal Public Defender, and any unrepresented parties.

                                       ENTER:       February 18, 2010

                                       ROBERT C. CHAMBERS
                                       UNITED STATES DISTRICT JUDGE